**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RYAN PHLIPSEN, § | | |
| PLAINTIFF § | | |
| VS. § | | CIVIL ACTION |
| § | | |
| WADE & GRAVES ASSOCIATES, LLC, § | | FILE NO. 5:19-CV-280 |
| DEFENDANT. § | | |
| § | | |
| § | | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff RYAN PHLIPSEN ("Plaintiff") and Defendant WADE & GRAVES ASSOCIATES, LLC ("Defendant"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

Respectfully submitted,
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:  */s/ Dennis R. Kurz*
     Dennis R. Kurz
     Texas State Bar No. 24068183
     dennis@kurzlawgoup.com
     **ATTORNEYS FOR PLAINTIFF**

        **The McClenahan Law Firm, PLLC**
        14603 Hueber Road, Building 32
        San Antonio, Texas 78230
        barry@mcclenahanlawfirm.com
        (201) 525-9600 Telephone
        (210) 525-9602 Facsimile

By:  */s/ Barry A. McClenahan*
      Barry A. McClenahan
      Texas State Bar No. 13404400
      barry@mcclenahanlawfirm.com
      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of April, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan
THE MCCLENAHAN LAW FIRM, PLLC
14603 Hueber Road, Building 32
San Antonio, Texas 78230
*Attorney for Defendant*

                                          */s/ Dennis R. Kurz*
                                          Dennis R. Kurz